United States District Court
Southern District of Texas
FILED
OCT 2 4 2005
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
OCT 2 7 2005
Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. L-05-CR-1952 |
| § | |
| Maria De Los Angeles Perez-Rodriguez § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on October 13, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 24 day of October, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE